**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:                              *    CASE NO.  09-87660-JEM
                                    *
DEBORAH HASSA D.C. JOYCE,           *    CHAPTER 7
                                    *
             DEBTOR.                *

**CERTIFICATE OF SERVICE**

I the undersigned certify under penalty of perjury that on this day I served the following parties with "Un-Sworn Declaration Under Penalty of Perjury," by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

S. Gregory Hays - Chapter 7 Trustee
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

IRS
Insolvency Unit
401 West Peachtree Street
Stop 335-D
Atlanta, GA 30308

U.S. Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Bldg
75 Spring Street, S.W.
Atlanta, GA 30303

U.S. Attorney General
Main Justice Bldg
10th and Constitution Ave., N.W.
Washington, D.C. 20430

Deborah Hassa D.C. Joyce
2750 Holly Ridge Circle
Marietta, GA 30062

State of Georgia Revenue
Commissioner
410 Trinity-Washington Building
Atlanta, GA 30334

Attorney General of Georgia
132 State Judicial Building
Atlanta, GA 30334

Georgia Department of Revenue
Bankruptcy Insolvency Unit
P.O. Box 3889
Atlanta, GA 30334

Georgia Department of Revenue
P.O.Box 161108
Atlanta, GA 30321

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

*mm*

Department of Justice - Tax Division
Attn: Chief, Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303-3330

Dated:11/16/2009

s/ _____

Clark & Washington, PC
3300 NE Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
(770) 220-0685

Allison Faust
GA Bar No. 256463
Attorney for the Debtor

*mm*

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:                                    \* CASE NO.: 09-87660-Jem
                                          \*
**Deborah Hassa D. C. Joyce,**             \*
                                          \* CHAPTER:  7
                                          \*
                                          \*
                  Debtor                  \*

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, **Deborah Hassa D. C. Joyce,** hereby declare under penalty of perjury that:

1.

I did not file an income tax return for tax years ____2008____ because I did not have enough income to be required to file.

Dated: <u>October 8, 2009</u>          Signed: /s/ _Delh H Joyce_
                                              **Deborah Hassa D. C. Joyce**

Joyce, Deborah